**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| WELBY THOMAS COX, JR., | : | Case No. 1:26-cv-517 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| MICHAEL A. BIBB, et al., | : | |
| | : | |
| Defendants. | : | |

---

## ORDER

---

This matter is before the Court on the Report and Recommendation (Doc. 10) of Chief United States Magistrate Judge Stephanie K. Bowman. The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court adopts in part said Report and Recommendation. The Court makes only one modification—this case will be dismissed without prejudice, rather than with prejudice, for lack of subject matter jurisdiction. *See Cardish v. U.S. Immigration*, No. 1:21-CV-649, 2022 U.S. Dist. LEXIS 133969, at *10 (S.D. Ohio July 27, 2022) (noting that "a dismissal for lack of jurisdiction should be made without prejudice, as it is not a determination on the merits").

Accordingly, for the foregoing reasons, the Court **ORDERS** the following:

1. The Report and Recommendation (Doc. 10) is **ADOPTED IN PART**;
2. The Complaint (Doc. 8) is **DISMISSED WITHOUT PREJUDICE**;
3. This case is hereby **TERMINATED** from the Court's docket; and

4. Pursuant to 28 U.S.C. § 1915(a), it is hereby **CERTIFIED** that any appeal of this Order is not taken in good faith, and Plaintiff is **DENIED** leave to appeal in forma pauperis.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ______________________
JUDGE MATTHEW W. McFARLAND